UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Nos. 23-MJ-348, 23-MJ-349,
23-MJ-350, 23-MJ-358, 23-MJ-359

| | |
|---|---|
| In re Search Warrant ) ) ) ) ) ) ) ) ) ) | **MOTION TO UNSEAL** |

The United States of America, by and through its attorneys, Andrew M. Luger, United States Attorney for the District of Minnesota, and Matthew D. Forbes, Assistant United States Attorney, hereby moves the Court for an order to unseal the search warrant and supporting documentation in the above-referenced matters because the sealing of the warrant materials is no longer necessary.

This motion is based upon the records and proceedings in this matter.

Dated: May 20, 2024

Respectfully Submitted,

ANDREW M. LUGER
United States Attorney

*/s/ Matthew D. Forbes*
Matthew D. Forbes
Assistant U.S. Attorney